1004

[No. 71402-3-I. Division One. July 27, 2015.]

VALMARI RENATA, *Appellant*, v. FLAGSTAR BANK, FSB, ET AL., *Respondents*.

 by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 71447-3-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS TALAGA, *Appellant*.

 by unpublished opinion per Spearman, C.J., concurred in by Cox and Appelwick, JJ.

[No. 71519-4-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DOREEN STARRISH, *Appellant*.

 by unpublished opinion per Spearman, C.J., concurred in by Cox and Appelwick, JJ.

[No. 71562-3-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ANTHONY JOHNSON, *Appellant*.

 by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Appelwick, J.